UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| LFP Internet Group, LLC, | \* | MC-10-123 |
| Plaintiff, | \* | |
| vs. | \* | **MOTION TO QUASH AND OBJECTIONS TO SUBPOENA** |
| DOES 1-3,120, | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Midcontinent Communications, Inc., a non-party to the above-entitled matter, which has received a copy of a document purporting to be a Subpoena in a Civil Case, to produce and permit inspection and copying of documents or objects, and moves the Court to quash that Subpoena and asserts objections to that subpoena for insufficient service and lack of jurisdiction, consistent with FED.R.CIV.P. 45.

Dated at Sioux Falls, South Dakota, this 14th day of December, 2010.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

*/s/ Sandra Hanson*
Sandra Hoglund Hanson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: shanson@dehs.com
  *Attorneys for Midcontinent
  Communications, Inc.*

## CERTIFICATE OF SERVICE

Sandra Hoglund Hanson, one of the attorneys for Midcontinent Communications, Inc., hereby certifies that a true and correct copy of the foregoing "Motion to Quash and Objections to Subpoena" and "Affidavit of Marjorie L. Johnson" was served by mail upon:

>Evan Stone
>The Law Offices of Evan Stone
>624 W. University Dr., #386
>Denton, TX 76201
>Email: lawoffice@wolfe-stone.com
>Telephone: (469) 248-5238
>*Attorneys for Plaintiff*

on this 14th day of December, 2010.

*Sandra Hanson*